**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Loretta Galloway Branyon, Appellant.

Appellate Case No. 2012-212801

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

Unpublished Opinion No. 2014-UP-310
Submitted July 1, 2014 – Filed August 6, 2014

**AFFIRMED**

Charles W. Whiten, Jr., of Law Offices of Charles W. Whiten, Jr., P.A., of Anderson, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mark Reynolds Farthing, both of Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In

order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court]."); *State v. Brown*, 402 S.C. 119, 125, 740 S.E.2d 493, 496 (2013) (finding the appellant's argument unpreserved because he explicitly stated he had no objection to the jury instruction).

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.